In the Matter of RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent. A. A. WIENER & SONS, INC., Appellant.

Argued December 3, 1953; decided January 15, 1954.

*Herman S. Axelrod* and *Maitland M. Axelrod* for appellant.
*Stephen W. Hanley* and *Spencer Byard* for respondent.

Order affirmed; without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.